AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    3:21-cv-01179-JSC

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Foster City Police Department
was received by me on *(date)*  2/19/2021  .

☒ I personally served the summons on the individual at *(place)*  1030 E Hillsdale Blvd, Foster City, CA 94404
on *(date)*  2/19/2021  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____ .

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  2/19/2021

*Server's signature*

Yi-fen Chen
*Printed name and title*

750 Alma Lane #8244
Foster City, CA 94404
*Server's address*

Additional information regarding attempted service, etc: